Jacqueline Anne YOUNG, Plaintiff–Appellant,

v.

DIDLAKE, INC., Defendant–Appellee.

No. 15–2217.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 19, 2016.

Jacqueline Anne Young, Appellant Pro Se. Alan Steven Shachter, Manassas, Virginia, for Appellee.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacqueline Anne Young appeals the district court's order dismissing her employment discrimination complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Young's informal brief does not challenge the basis for the district court's disposition, Young has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*